IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v- 26-MJ-579

JAY SUNILBHARTHI GOSWAMI,

Defendant.

**GOVERNMENT'S MOTION TO SEAL**

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and Meghan K. McGuire, Assistant United States Attorney, of counsel, hereby moves the Court for an Order permitting the filing of this motion, the above-referenced criminal complaint and associated documents, including the affidavit, under seal. The government requests the Court seal the documents for 60 days due to the sensitive law enforcement information therein.

Dated: Rochester, New York, August 13, 2026

MICHAEL DiGIACOMO
United States Attorney
Western District of New York

s/ *Meghan K. McGuire*
BY: MEGHAN K. McGUIRE
Assistant U.S. Attorney
100 State Street, Suite 500
Rochester, New York 14614
585-399-3922
Meghan.McGuire@usdoj.gov