AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of New York

United States of America
v.
JAY SUNILBHARTHI GOSWAMI

Defendant

Case No. 26-MJ-579

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAY SUNILBHARTHI GOSWAMI, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that JAY SUNILBHARTHI GOSWAMI has violated Title 18, United States Code, Sections 1343 and 1349 (Wire Fraud and Conspiracy to Commit Wire Fraud) and Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1956(h), and 1957 (Money Laundering and Conspiracy to Commit Money Laundering)

Date: 08/13/2026

Colleen D. Holland
*Issuing officer's signature*

City and state: Rochester, New York

Hon. Colleen D. Holland, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/13/26, and the person was arrested on *(date)* 8/17/26 at *(city and state)* Utica, NY.

Date: 8/17/26

[signature]
*Arresting officer's signature*

Brendan Miller, Special Agent
*Printed name and title*