# United States District Court
# For
# The Western District of New York

## Court Order

Date: August 18, 2026

Defendant's Name: Jay Sunilbharthi Goswami Docket Number: 6:26-00579M-001

Honorable Mark W. Pedersen, U.S. Magistrate Judge

---

THE COURT ORDERS:

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Signature of Judicial Officer

Date August 18, 2026

Title 18 United States Code, Section 3154(5), Bail Violations