UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v. 26-MJ-00579-MJP

JAY SUNILBHARTHI GOSWAMI,

Defendants.

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York and Meghan K. McGuire, Assistant United States Attorney, of counsel, hereby moves this Court for an Order: (a) permitting disclosure of the Violation Report of Defendant Under Pretrial Supervision and Arrest Warrant, both dated August 18, 2026 and (b) unsealing the Order for Issuance of an Arrest Warrant (Dkt. 7). In support of this request, the government states as follows:

1. On Monday August 17, 2026, the defendant, JAY SUNILBHARTHI GOSWAMI, was arrested and made an initial appearance in front of this Court pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

2. At that initial appearance the Court imposed certain conditions upon the defendant's release, including the conditions that he surrender any passport to the Clerk of the Court and restrict his travel to the Western District of New York, the Northern District of New York, and the District of New Jersey, unless court permission was granted to travel elsewhere. (*See generally* Dkt. 5.)

3. On Tuesday August 18, 2026, at approximately 10:25 AM, the defendant fled

the United Stats by crossing into Canada at the Canada Border Services Agency – Fort Erie (Peace Bridge). Law enforcement subsequently learned that Goswami was booked on Qatar Airlines Flight 768, which was scheduled to fly from Toronto to Doha at 9:00 PM that evening.

4. Upon learning of the defendant's flight, during the afternoon of August 18, 2026, the United States Probation Office submitted a Violation Report of Defendant Under Pretrial Supervision to the Court. The Court subsequently issued an Order and Warrant of Arrest based on the Violation Report of Defendant Under Pretrial.

5. That evening, at approximately 7:13 PM, Canadia law enforcement officials encountered the defendant at Gate 35, Terminal 3 of the Toronto Pearson International Airport, waiting to board his scheduled flight to Doha. Canadian law enforcement took Goswami into custody at that time.

6. The nature of the case requires the involvement and cooperation of federal, state, and foreign governmental personnel (collectively the "Law Enforcement Partners") to secure the continued apprehension, extradition, and prosecution of the defendant, to obtain foreign evidence and information relevant to the investigation, and to otherwise protect the United States' interests in this case. This requires disclosure of the Violation Report of Defendant Under Pretrial Supervision, the Order for Issuance of an Arrest Warrant (Dkt. 7), and Arrest Warrant, all dated August 18, 2026, to any relevant parties and/or law enforcement officials.

7. The primary purposes of the disclosure is to confirm pending criminal charges in this District and to facilitate transporting the defendant to this jurisdiction for prosecution or other appropriate proceedings.

For the reasons stated above, the government respectfully requests that the Court (a) permit disclosure of the Violation Report of Defendant Under Pretrial Supervision and Arrest Warrant, both dated August 18, 2026, to any relevant parties and/or law enforcement officials for purposes of facilitating Defendant's extradition to the United States and (b) unseal the Order for Issuance of an Arrest Warrant (Dkt. 7).

Dated: Rochester, New York, August 19, 2026

MICHAEL DIGIACOMO
United States Attorney

BY: s/MEGHAN K. MCGUIRE
Assistant United States Attorney
United States Attorney's Office
100 State Street, Suite 500
Rochester, New York 14614
Tel. (585)263-6760
Meghan.McGuire@usdoj.gov