UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v. 26-MJ-00579-MJP

JAY SUNILBHARTHI GOSWAMI,

Defendants.

---

**ORDER**

Upon the application of the United States;

**IT IS HEREBY ORDERED**, that the government is authorized to disclose the Violation Report of Defendant Under Pretrial Supervision and Arrest Warrant, both dated August 18, 2026, to any relevant parties and/or law enforcement officials for purposes of facilitating Defendant's extradition to the United States; and

**IT IS FURTHER ORDERED**, the Order for Issuance of an Arrest Warrant (ECF No. 7) be unsealed.

DATED: Rochester, New York
August 19, 2026

HON. MARK W. PEDERSEN
United States Magistrate Judge